# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:24-M -01131(1) |
| | § |
| (1) Abel Aragon-Luna | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 21, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Abel ARAGON-Luna, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 09/30/2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, SMITH, KATRINA** and that this complaint is based on the following facts: *"The defendant, Abel ARAGON-Luna, was arrested by Border Patrol Agents, on April 21, 2024 for being an alien illegally present in the United States. Investigation and records of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ SMITH, KATRINA
Signature of Complainant
SMITH, KATRINA
Border Patrol Agent

04/22/2024                                      at   DEL RIO, Texas
File Date                                             City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:24-M -01131(1)

(1) Abel Aragon-Luna

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 09/30/2016 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

| | |
|---|---|
| [signature] | /s/ SMITH, KATRINA |
| Signature of Judicial Officer | Signature of Complainant |